1  Lawrence D. Rohlfing
   Attorney at Law: 119433
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-8868
   E-mail: rohlfing_office@speakeasy.net
5
   Attorneys for Plaintiff
6

7
                    **UNITED STATES DISTRICT COURT**
8
                    **CENTRAL DISTRICT OF CALIFORNIA**
9

10  M.B., by and through his guardian      )  Case No.: CV 10-806 FFM
    ad litem, BERNADETTE ARCHIE,           )
11                                         )  {PROPOSED} ORDER AWARDING
                                           )  EQUAL ACCESS TO JUSTICE ACT
            Plaintiff,                      )  ATTORNEY FEES AND EXPENSES
12                                         )  PURSUANT TO 28 U.S.C. § 2412(d)
        vs.                                )  AND COSTS PURSUANT TO 28
13                                         )  U.S.C. § 1920
    MICHAEL J. ASTRUE,                     )
14  Commissioner of Social Security,       )
                                           )
15          Defendant                      )
                                           )
16  _____       )

17          Based upon the parties' Stipulation for the Award and Payment of Equal

18  Access to Justice Act Fees, Costs, and Expenses:

19          IT IS ORDERED that fees and expenses in the amount of $1,379.00 as

20  authorized by 28 U.S.C. § 2412 and costs in the amount of $60.00 as authorized by

21  28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

22  DATE:    January 10, 2011

23                          _____/S/ FREDERICK F. MUMM
    _____
24                          THE HONORABLE FREDERICK F. MUMM
                            UNITED STATES MAGISTRATE JUDGE
25

26

                                    -1-